UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MERHAY GHEZAI TEWELDE, § § Petitioner, § § v. § § PAMELA , United States Attorney § General; KRISTI NOEM, Secretary of § Homeland Security; SYLVESTER M. § ORTEGA, San Antonio Acting Field Office § Director for Detention and Removal, U.S. § Immigration and Customs Enforcement; § TODD LYONS, Director of United States § Immigration and Customs Enforcement; § and Warden of the South Texas § ICE Processing Center, § § Respondents. § | SA-26-CV-1044-FB (HJB) |

**ORDER SETTING**
**VIDEO STATUS CONFERENCE**

The matter before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief.  (Docket Entry 1.)  On March 9, 2026, the District Court referred this case to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 9.)

It is hereby **ORDERED** that a Status Conference is set on **March 16, 2026**, at **3:30 P.M.** The conference will be held by video teleconference using the Zoom video platform.  On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

    https://txwd-uscourts.zoomgov.com/j/16126018188
    **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on March 10, 2026.

Henry J. Bemporad
United States Magistrate Judge