UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MERHAY GHEZAI TEWELDE, | § § § § § § § § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | SA-26-CV-1044-FB (HJB) |
| PAMELA , United States Attorney General; KRISTI NOEM, Secretary of Homeland Security; SYLVESTER M. ORTEGA, San Antonio Acting Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; TODD LYONS, Director of United States Immigration and Customs Enforcement; and Warden of the South Texas ICE Processing Center, | | |
| Respondents. | | |

**ORDER RESETTING**
**VIDEO STATUS CONFERENCE**

The matter before the Court is Petitioner's Motion to Reset Status Conference.  (Docket Entry 11.)  This case was referred to the undersigned for pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 9.)

It is hereby **ORDERED** that Petitioner's motion (Docket Entry 11) is **GRANTED** and the Status Conference on March 16, 2026, is reset to **March 18, 2026**, at **1:00 P.M.**  The conference will be held by video teleconference using the Zoom video platform.  On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

    **https://txwd-uscourts.zoomgov.com/j/16126018188**
    **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system. Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on March 11, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge