UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MERHAY GHEZAI TEWELDE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | SA-26-CV-1044-FB |
| | § | |
| | § | |
| TODD BLANCHE,[1] Acting United States | § | |
| Attorney General; MARKWAYNE | § | |
| MULLIN,[2], Secretary of Homeland Security; | § | |
| SYLVESTER ORTEGA, Field Officer | § | |
| Director for Detention and Removal, U.S. | § | |
| Immigration and Customs Enforcement; and | § | |
| WARDEN OF THE SOUTH TEXAS | § | |
| DETENTION CENTER, | § | |
| | § | |
| Respondents. | § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

On April 10, 2026, the undersigned filed a Report and Recommendation recommending that Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) be **GRANTED** and that the Petitioner be **RELEASED**. (*See* Docket Entry 19.) Accordingly, all pretrial matters for which

---

[1] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer . . . ceases to hold office while the action is pending[;] [t]he officer's successor is automatically substituted as a party [and] [l]ater proceedings should be in the substituted party's name.").

[2] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer . . . ceases to hold office while the action is pending[;] [t]he officer's successor is automatically substituted as a party [and] [l]ater proceedings should be in the substituted party's name.").

this case was referred have been handled and this case is **RETURNED** to the District Court for consideration of the Petition for Writ of Habeas Corpus.

It is so **ORDERED**.

**SIGNED** on April 10, 2026.

_____

Henry J. Bemporad
United States Magistrate Judge

2